UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-CV-00584-FDW-DSC

| | |
|---|---|
| CENTERSTATE BANK N.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TWO DUDES FOODS, LLC *et al*., ) <br> ) <br> Defendants. ) <br> ) | ORDER |

THIS MATTER is before the Court *sua sponte*. Plaintiff CenterState Bank N.A. filed its Complaint (Doc. No. 1) against twelve (12) Defendants on October 31, 2019. On February 19, 2021, Plaintiff filed a Motion for Entry of Default as to Defendants John T. McGlone and Edith E. McGlone (collectively, the "**McGlones**") (Doc. No. 9). The Clerk of Court entered Default as to the McGlones the next day. (Doc. No. 10). Likewise, on February 21, 2021, Plaintiff filed a Motion for Entry of Default as to Defendants Two Dudes Foods, LLC; Two Dudes Foods Ballantyne, LLC; Two Dudes Foods Blakeney, LLC; Two Dudes Foods Boone, LLC; Two Dudes Foods Hickory, LLC; Two Dudes Foods Johnson City, LLC; Two Dudes Foods Kingsport, LLC; and Two Dudes Foods Matthews, LLC (collectively, "**Two Dudes Foods**" and together with the McGlones, the "**Defaulting Defendants**") (Doc. No. 11). On February 24, the Clerk of Court entered Default as to Two Dudes Foods. (Doc. No. 12).

On March 16, 2020, Defendants Gary L. Sachs and Cathy A. Sachs (collectively, the "**Sachs**"), through their attorney, filed a "Notice of Filing of Bankruptcy Proceeding and Notice of Stay as to Defendants Gary L. Sachs and Cathy A. Sachs Only", wherein the Sachs notified the court that an "Order for Relief under Chapter 7 of the United States Bankruptcy Code has been

entered for [the Sachs]," and "[f]urther proceedings involving [the Sachs] are stayed pursuant to the provisions of 11 U.S.C. § 362, 1201, and 1301." (Doc. No. 14).

Then, on May 1, 2020, Plaintiff filed a Motion for Default Judgment as to the Defaulting Defendants (Doc. No. 15), which was granted on November 3, 2020 (Doc. No. 16). This matter has been dormant since the Default Judgment was entered and the Defaulting Defendants were terminated in November of 2020.

Accordingly, Plaintiff and the Sachs are hereby ORDERED to file a report of the status of this case and the Sachs' Chapter 7 Bankruptcy relief, either jointly or separately, within fourteen (14) days of this Order's entry, up to and including December 21, 2021.

IT IS SO ORDERED.

Signed: December 7, 2021

_____
Frank D. Whitney
United States District Judge